UNITED STATES OF AMERICA
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RONALD J. BATES,

       Plaintiff(s),

v.                                               Case No. 2:05-cv-274

ARCH CHEMICALS, INC.,                  HON. TIMOTHY P. GREELEY

       Defendant(s).
_____/

## ORDER FOR DISMISSAL

In accordance with the jointly filed stipulation for dismissal (docket #26), IT IS HEREBY ORDERED that this matter shall be dismissed in its entirety, with prejudice, and that the parties shall each bear their own costs and attorneys fees.

       IT IS SO ORDERED.

                              /s/ Timothy P. Greeley
                              TIMOTHY P. GREELEY
                              UNITED STATES MAGISTRATE JUDGE

Dated:  February 16, 2007